IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|   v. | )   C.A. No. 23-1268 (RGA) |
| | ) |
| TEVA PHARMACEUTICALS, INC. and | ) |
| TEVA PHARMACEUTICAL INDUSTRIES | ) |
| LTD., | ) |
| | ) |
|        Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

This stipulation is made by and between AbbVie Inc. ("AbbVie") and Teva Pharmaceuticals, Inc. ("Teva Inc.") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") (collectively, "the Teva Defendants").

WHEREAS, on November 7, 2023, AbbVie filed a Complaint for Patent Infringement (D.I. 1) ("Complaint") against the Teva Defendants in the above-captioned case (the "Action," defined to include this action, any action that may result from case consolidation, or any lead case with which this action is associated);

WHEREAS, the Teva Defendants have not yet been served with the Complaint;

WHEREAS, Teva Ltd. maintains that it is not a proper defendant in the Action;

WHEREAS, AbbVie maintains that Teva Ltd. is a proper defendant in the Action; and

WHEREAS, resolution of such disagreement by motion practice will consume time and expense that AbbVie and the Teva Defendants wish to avoid by entering into this stipulation;

NOW THEREFORE, AbbVie and the Teva Defendants, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1.  Teva Ltd. agrees to be bound by any judgment, order, injunction, or decision entered as to Teva Inc. in this Action, or in any appeal thereof, with respect to ANDA No. 217650 as if it remained in this Action as a named defendant.

2.  Teva Ltd. agrees that it will not contest personal jurisdiction or venue in this Court for purposes of enforcing any such judgment, order, injunction, or decision, including the terms of this stipulation, against it in the Action.

3.  AbbVie hereby dismisses without prejudice all claims against Teva Ltd. pursuant to Fed. R. Civ. P. 41(a)(2).

4.  The terms of this stipulation are made without prejudice to the respective positions of AbbVie and the Teva Defendants as to whether Teva Ltd. is a proper defendant in the Action. The terms of this stipulation also cannot be used by AbbVie or the Teva Defendants to argue for or against jurisdiction or venue in the future.

5.  The case caption for the Action should be amended to remove Teva Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff AbbVie Inc.*

December 22, 2023

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendants*
*Teva Pharmaceuticals, Inc. and*
*Teva Pharmaceutical Industries Ltd.*

2

**SO ORDERED:**

This  2nd  day of  January , 2024.

                                                  /s/ Richard G. Andrews
                                          HONORABLE RICHARD G. ANDREWS
                                          UNITED STATES DISTRICT JUDGE