IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-1268 (RGA) |
| ) | |
| TEVA PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER

The Court, upon the consent and request of Plaintiff AbbVie Inc. ("AbbVie") and Defendant Teva Pharmaceuticals, Inc. ("Teva"), hereby acknowledges the following Stipulation and issues the following Order in the above-captioned action.

## STIPULATION

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over AbbVie and Teva for purposes of the Action.

2. Venue is proper in this Court as to AbbVie and Teva for the Action.

3. AbbVie has asserted claims against Teva for infringement of U.S. Patent No. 11,690,845 (the "'845 Patent") in connection with Teva's submission of Abbreviated New Drug Application ("ANDA") 217650 directed to generic elagolix sodium, estradiol, norethindrone acetate (eq. 300 mg base, 1 mg, 0.5 mg); elagolix sodium (eq. 300 mg base) co-packaged capsule products to the U.S. Food and Drug Administration ("FDA").

4. Teva admits that the '845 Patent is enforceable, valid, and would be infringed by the commercial manufacture, use, and/or sale within the United States of the generic elagolix sodium, estradiol, norethindrone acetate (eq. 300 mg base, 1 mg, 0.5 mg); elagolix sodium (eq. 300 mg base) co-packaged capsule products that are the subject of Teva's ANDA 217650.

5. Teva admits that the submission of ANDA 217650 to the FDA for purposes of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale within the United States of the generic elagolix sodium, estradiol, norethindrone acetate (eq. 300 mg base, 1 mg, 0.5 mg); elagolix sodium (eq. 300 mg base) co-packaged capsule products was an act of infringement of the '845 Patent under 35 U.S.C. § 271(e)(2)(A).

6. The parties agree that all other claims, counterclaims, and defenses asserted against each other in AbbVie's and Teva's pleadings in the Action, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of AbbVie and Teva, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of ANDA 217650 was an act of infringement of the '845 Patent under 35 U.S.C. § 271(e)(2)(A).

2. All other claims, counterclaims, and defenses asserted by the parties against each other in AbbVie's and Teva's pleadings in the Action, including the allegations and averments contained therein are hereby dismissed, without prejudice.

3. Teva, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the generic elagolix sodium, estradiol, norethindrone acetate (eq. 300 mg base, 1 mg, 0.5 mg); elagolix sodium (eq. 300 mg base) co-packaged capsule products described by ANDA 217650 during the life of the '845 Patent, absent a license agreement or other authorization by AbbVie.

4. AbbVie and Teva each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5. This Court retains jurisdiction over AbbVie and Teva for purposes of enforcing this Stipulation And Order.

6. This Stipulation And Order shall finally resolve the Action.

7. This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future action between Teva and AbbVie regarding the '845 Patent and a product other than generic elagolix sodium, estradiol, norethindrone acetate (eq. 300 mg base, 1 mg, 0.5 mg); elagolix sodium (eq. 300 mg base) co-packaged capsule products described by ANDA 217650.

8. The Clerk of the Court is directed to enter this Stipulation And Order forthwith in the Action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Jeremy A. Tigan* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiff AbbVie Inc.* | *Attorneys for Defendants*<br>*Teva Pharmaceuticals, Inc. and*<br>*Teva Pharmaceutical Industries Ltd.* |

December 22, 2023

3

**SO ORDERED:**

This __2nd__ day of __January__, 2024.

 _/s/ Richard G. Andrews_
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE